**Order entered February 14, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00917-CR

**ZANDRA TARNESA RUSHING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82667-2015**

## ORDER

On January 13, 2017, the reporter's record was filed. After reviewing the record, it appeared that several exhibits were missing or had errors. We contacted court reporter Janet Dugger about the exhibits and, by January 23, 2017, all but one had been properly filed. To date, however, exhibit 93 has not been corrected.

We **ORDER** court reporter Janet Dugger to file, within **TEN DAYS** of the date of this order, a corrected exhibit 93 that is text searchable, bookmarked, and indexed in proper format.

/s/     ADA BROWN
        JUSTICE